# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA STRINGER and PAUL STRINGER**, Attorneys in Fact for Kimberly Stringer, | : : : : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COUNTY OF BUCKS, et al.** | : | No. 22-1525 |
| Defendants. | : | |

## ORDER

**AND NOW**, on this **22nd** day of **February 2023**, upon consideration of Defendants' Motion to Dismiss (ECF 44), Plaintiffs' Opposition (ECF 45), and Defendant's Reply thereto (ECF 46), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion to Dismiss (ECF 44) is:

1. **GRANTED** with respect to Plaintiffs' supervisory liability claim as to Defendant Sergeant Mander and Count II is **DISMISSED** as to Mander only;

2. **GRANTED** with respect to Plaintiffs' municipal liability claim; their claim against the County in Count III is **DISMISSED**; and

3. **DENIED** in all other respects.

It is **FURTHER ORDERED** that, **on or before Wednesday, March 15, 2023,** Plaintiffs may file a Second Amended Complaint amending their dismissed claims against Defendants Bucks County and Sergeant Mander if they can do so consistent with the accompanying Memorandum of Law. Plaintiffs may file a Second Amended Complaint, if any, or notify the Court that they will proceed on their remaining claims.

THE COURT:

_____
**Berle M. Schiller, J.**