# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA STRINGER and PAUL STRINGER, Attorneys in Fact for Kimberly Stringer, Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| COUNTY OF BUCKS, et al. Defendants. | : : | No. 22-1525 |

## ORDER

**AND NOW**, on this **4th** day of **April 2023**, upon consideration of Defendants' unopposed motion to stay this action pending resolution of appeal (ECF 53), it is **ORDERED** that the Clerk of Court shall place this matter on the Civil Suspense Docket pending resolution of Defendants' appeal (ECF 52) of the Court's February 22, 2023 Order denying their motion to dismiss (ECF 48.) The parties shall update the Court of the status of the appeal **no later than September 26, 2023** and every 180 days thereafter.

THE COURT:

Berle M. Schiller, J.