IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **MARTHA and PAUL STRINGER,** *attorneys in fact for KIMBERLY STRINGER* <br><br> v. <br><br> **COUNTY OF BUCKS, et al.** | **CIVIL ACTION** <br><br> **NO. 22-1525** |
|---|---|

**O R D E R**

**AND NOW**, this 8th day of January, 2024, this case having been recently assigned to the undersigned, it is hereby **ORDERED** that counsel shall file a joint status report in this matter no later than January 19, 2024.

                                                                         **BY THE COURT:**

                                                                         /s/ Michael M. Baylson

                                                                         **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-1525 Stringer v Bucks Co\22cv1525 order for status report.docx