IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **MARTHA and PAUL STRINGER,** *attorneys in fact for KIMBERLY STRINGER* <br><br> v. <br><br> **COUNTY OF BUCKS, et al.** | **CIVIL ACTION** <br><br> **NO. 22-1525** |
|---|---|

# O R D E R

**AND NOW**, this 11th day of April, 2024, it is hereby **ORDERED**:

This case has been removed from the suspense docket. Counsel have not yet filed a joint status report as required by Order dated January 8, 2024. Counsel shall file a status report within seven (7) days or sanctions may be imposed.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-1525 Stringer v Bucks Co\22cv1525 order .docx