IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTHA and PAUL STRINGER,** *attorneys in fact for KIMBERLY STRINGER* <br><br> v. <br><br> **COUNTY OF BUCKS, et al.** | **CIVIL ACTION** <br><br> **NO. 22-1525** |

## ORDER

**AND NOW**, on this 6th day of October, 2025, upon consideration of Defendants' Motion for a Protective Order (ECF 78), Plaintiffs' Opposition (ECF 79), and Defendants' Reply (ECF 83), and consistent with the accompanying Memorandum of Law, it is hereby **ORDERED** that the Motion is:

1. **GRANTED** as to Videos 11 and 240, in their entirety;

2. **DENIED** as to Videos 39 and 63, in their entirety;

3. **DENIED** as to Video 4, but the Parties are instructed to blur or redact the face of the officer who is not wearing a lower-face mask[1] and mute the sound when any non-party officers are identified by name;

4. **DENIED** as to Video 252, but the Parties are instructed to blur or redact the face of the officer whose mask is removed while drinking water;

5. **DENIED** as to Video 253, but the Parties are instructed to redact the first three seconds, where a non-party inmate appears on screen exiting the shower, and to redact the footage at the end showing officers file into a secured hallway and identify themselves by name.

---

[1] This officer is pushing Ms. Stringer in a restraining chair and first appears at the 15-second mark.

BY THE COURT:

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**